IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO.: 1:25-CV-218

| | |
|---|---|
| JOSEPH R. TOMELLERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **COMPLAINT** |
| ) | |
| THE ONLINE MACHINE, LLC, ) | |
| d/b/a "basscasterusa.com", ) | |
| ) | |
| Defendant. ) | |

Plaintiff Joseph R. Tomelleri, complaining of Defendant The Online Machine, LLC d/b/a "basscasterusa.com" alleges and says:

### Nature of the Case

1. This case involves Defendant's copyright infringement of at least 10 fish illustrations created and owned by Mr. Tomelleri. Defendant used the illustrations to advertise and promote its online sales business by offering information on types of fish and recommended gear across several states to bolster sales of their products.

### Jurisdiction and Venue

2. Mr. Tomelleri brings this action under 17 U.S.C. § 101, *et seq*.

3. This Court has federal question jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) because this case arises under the copyright laws of the United States, 17 U.S.C. § 101 *et seq*.

4. This Court has personal jurisdiction over Defendant under N.C. Gen. Stat. § 1-74(1) because Defendant has local presence or status in this State. *See* Fed. R. Civ. P. 4(k)(1).

5. Venue is proper in the Western District of North Carolina under 28 U.S.C. § 1391(b)(1) because Defendant resides in this district.

## Parties

6. Mr. Tomelleri is a citizen and resident of the State of Kansas.

7. Defendant The Online Machine, LLC is a limited liability company organized and existing under the law of the State of North Carolina with a principal place of business and registered address in Shelby, Cleveland County, North Carolina.

8. Defendant may be served via its registered agent, Jeffrey C. Walsh, at 1341 Moonshadow Lane; Shelby, North Carolina 28150.

## Mr. Tomelleri's Background and Works

9. Joseph Tomelleri is an artist and a trained biologist who has spent most of his working life collecting, studying, and illustrating North American fish species. He is one of the world's best freshwater fish illustrators.

10. Over a 35-year career, Mr. Tomelleri has created over 1,300 hand drawn illustrations of fish in various life cycles.

11. Mr. Tomelleri's illustrative process involves his expertise gained from many years of education, his observations of fish in the wild, and obtaining and preserving specimens.

13. Mr. Tomelleri hand draws his illustrations.

14. He incorporates his own expression of color patterns, fin arrangements, and other characteristics he believes most significant for a particular fish species in a particular life-cycle phase.

15. Mr. Tomelleri's illustrations have been published in numerous scientific studies, journals, books, magazines, and fish identification guides.

16. Mr. Tomelleri is the sole owner and proprietor of all rights, titles, and interest in, and to, the copyrights for the illustrations at issue in this case (the "Illustrations").

17. Mr. Tomelleri is and always has been the exclusive owner of the Illustrations.

18. Each of the Illustrations is covered by a copyright registration owned by Mr. Tomelleri.

19. The following are Mr. Tomelleri's Illustrations at issue in this case and the corresponding registration information:

| No. | Illustration | Reg. # | Reg. Date |
| --- | --- | --- | --- |
| 1 | Bluegill | VA 1 799644 | 06/20/2011 |
| 2 | Channel Catfish | VA 1 799485 | 05/26/2011 |
| 3 | Black Crappie | VA 1 799485 | 05/26/2011 |
| 4 | Sauger | VA 1 799485 | 05/26/2011 |
| 5 | Arctic Grayling | VA 1 163619 | 11/05/2002 |
| 6 | Dolly Varden Char | VA 1 163619 | 11/05/2002 |

| 7 | Green Sunfish | VA 1 799485 | 05/26/2011 |
| 8 | American Shad | VA 1 784738 | 07/07/2011 |
| 9 | Westslope Cutthroat Trout | VA 1 163619 | 11/05/2002 |
| 10 | Apache Trout | VA 1 163619 | 11/05/2002 |

## Defendant's Infringing Conduct

20. Defendant is in the online sales business.

21. To advertise and promote its business, and sell fishing gear, tackle, and merchandise, Defendant maintained the website https://basscastersusa.com/ (the "Website").

22. Mr. Tomelleri discovered that Defendant, without authorization, reproduced and displayed the Illustrations or their derivatives on the Website.

23. The Illustrations used on the Website were used to provide customers with information on which fish were popular by specific state.

24. Specifically, Defendant used the Illustrations or their derivatives to inform customers on where certain species of fish were located, and what gear on the website could be purchased to help them catch the fish used.

25. Defendant derived revenue from the fishing gear, tackle, and merchandise sold on the Website with the infringing use of the Illustrations.

## Count I - Copyright Infringement
### (17 U.S.C. § 501)

26. Mr. Tomelleri restates the allegations contained in paragraphs 1–25 as if fully set forth herein.

27. Mr. Tomelleri has valid copyrights and copyright registrations for the Illustrations.

28. Defendant has infringed Mr. Tomelleri's copyrights in his Illustrations by preparing derivative works based upon the Illustrations.

29. Defendant has infringed Mr. Tomelleri's copyrights in his Illustrations by reproducing and publicly displaying unauthorized copies of the Illustrations and/or derivatives thereof on the Website.

30. Defendant has infringed Mr. Tomelleri's copyright in his Illustrations by distributing the Illustrations to the public via the Website.

31. To the extent that Defendant does not acknowledge copying the Illustrations, Defendant had access to the Illustrations and the images used by Defendant are strikingly similar to the Illustrations.

32. As a result of Defendant's above-described acts of copyright infringement, Mr. Tomelleri has sustained damages including lost licensing revenue in an amount not yet ascertained and profits that should be disgorged to Plaintiff.

### Jury Trial Demand

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Mr. Tomelleri hereby demands a trial by jury on all issues so triable of right.

### Prayer for Relief

WHEREFORE, Plaintiff respectfully prays the Court that it enter judgment against Defendant as follows:

1. Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright;

2. Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendant's copyright infringement;

3. Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendant, or, if Plaintiff so elects before judgment is entered, award statutory damages;

4. Under 17 U.S.C. § 505, award costs to Plaintiff;

5. Under 17 U.S.C. § 505, as the prevailing party in a Copyright lawsuit, award to Plaintiff reasonable attorneys' fees;

6. Awarding Plaintiff all available pre-judgment and post-judgment interest on all amounts of any judgment; and

7. Grant Plaintiff such other and further relief as may be equitable and proper.

*[SIGNATURES ON THE FOLLOWING PAGE]*

This the 11th of July 2025.

/s/ Chris Edwards
Christopher S. Edwards
email: docket@wardandsmith.com *
email: csedwards@wardandsmith.com **
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 919.794.4800
Facsimile: 919.794.4877
*Attorneys for Plaintiff Joseph R. Tomelleri*

STEVEN H. MUSTOE
**EVANS & DIXON, LLC**
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810
Facsimile: 913.341.2293
email: copyright@evans-dixon.com **
(*pro hac vice* motion forthcoming)

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

7

Case 1:25-cv-00218-MR    Document 1    Filed 07/11/25    Page 7 of 7